AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COLEY QUINN | ) | Case No: 9:93-CR-8048-RYSKAMP |
|  | ) | USM No: 40000-004 |
| Date of Previous Judgment: 01/27/1995 | ) | Coley Quinn, Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **295** months **is reduced to** *****248 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **38**        Amended Offense Level: **36**
Criminal History Category: **I**       Criminal History Category: **I**
Previous Guideline Range: **235** to **293** months   Amended Guideline Range: **188** to **235** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
*Total imprisonment of 248 months, which consists of 188 months as to Counts One and Two of the Indictment to run concurrent and 60 months as to Count Three of the Indictment to run consecutive.

Except as provided above, all provisions of the judgment date **1/27/1995** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/22/2008

Effective Date: 5/2/08
(if different from order date)

Judge's signature

Kenneth L. Ryskamp, US District Court Judge
Printed name and title